IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DEENA BEARD,**

    **Plaintiff,**

**v.**                                                                                     **No. 1:11-cv-01067 RB/WDS**

**ALLSTATE PROPERTY AND
CASUALTY INSURANCE
OMPANY and STATE FARM
MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

    **Defendants.**

## ORDER

    **THIS MATTER** came before the Court on Defendant's Motion to Sever, Bifurcate, And Stay. (Docket No. 22). Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, to which Plaintiff did not file objections, and being otherwise fully advised, I find that the Motion to Sever, Bifurcate, And Stay should be granted.

    **WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

    **IT IS FURTHER ORDERED** that Defendant's Motion to Sever, Bifurcate, And Stay (Docket No. 22) is **GRANTED**.

_____
**ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE**